UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEAZLEY UNDERWRITING, LTD,<br><br>                Plaintiff<br>v.<br><br>MAX & MIA REALITY, LLC,<br><br>                Defendants. | CIVIL ACTION NO. 3:22-CV-1404<br><br>(MEHALCHICK, J.) |

### ORDER

**AND NOW,** this 19th day of November, 2024, **IT IS HEREBY ORDERED** that the above-captioned case is **STAYED** pending the outcome of the mediation. The parties shall file a status report once the mediation is scheduled to advise the Court of the date of the mediation, and at the conclusion of the mediation as to the outcome and whether a further status conference is necessary.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**